MAGRUDER v. MELVIN et al.

APPEAL from the Twelfth District, County of San Francisco.

*Perley & Mackinley* for Appellants.

*M. H. Farman* for Respondents.

BALDWIN, J., delivered the opinion of the Court—FIELD, J., concurring.

This appeal is without merit.    The appellant's case is supported by neither law, justice, or fact.    The appeal was evidently intended for delay, and the judgment is affirmed, with five per cent. damages.